1  MICHAEL C. ORMSBY
   United States Attorney
2  FRANK A. WILSON
   Assistant United States Attorney
3  P. O. Box 1494
   Spokane, Washington  99210-1494
4  Telephone:  (509) 353-2767
   FAX:  (509) 353-2766
5

6

7              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
8
   UNITED STATES OF AMERICA          )    CIVIL NO. 10-399-LRS
9                                     )
                         Plaintiff,   )
10      v.                            )
                                      )    **JUDGMENT AND ORDER OF**
11  THOMAS C. McKINLAY,               )    **EJECTMENT**
                                      )
12                       Defendant.   )
                                      )
13                                    )
                                      )
14

15

        Default having been entered against Defendant in accordance with Rule 55
16
   of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested
17
   judgment against the defaulted Defendant, and Plaintiff having filed a proper
18
   declaration with me as to their right to be restored to possession of the real
19
   property and having complied with the provisions of Rule 55.1 of the Local Rules
20
   of Practice for the Eastern District of Washington;
21
        Judgment is rendered in favor of the Plaintiff, United States of America, and
22
   against Defendant Thomas C. McKinlay.
23
        IT IS ORDERED, ADJUDGED and DECREED that possession of the real
24
   property known as 25925 Rupp Road, Cheney, WA 99004, more fully described in
25
   the Complaint and attachments therein, shall be restored to the United States;
26

27

28

1    IT IS ORDERED, ADJUDGED and DECREED that Defendant will vacate

2    and remove all personal property from the real property at 25925 Rupp Road,

3    Cheney, Washington within fifteen (15) days from the date of this order; and

4    IT IS ORDERED, ADJUDGED and DECREED that the United States shall

5    be entitled to costs incurred for trespass damages and in removing Defendant's

6    personal property if Defendant fails to timely abide by this Order to Vacate.

7    DATED this 22nd day of February, 2011.

8

9    ***s/Lonny R. Suko***

10   _____
     LONNY R. SUKO
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28